UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MINDMASTER, California sole proprietorship,

        Plaintiff,

    v.

ELIMINATOR WORKS, INC., a Texas corporation, and MINDMAKER, a Texas company,

        Defendants.

NO. CIV. 2:12-1640 WBS EFB

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for October 15, 2012, and makes the following findings and orders without needing to consult with the parties any further.

    I.    SERVICE OF PROCESS

The defendants have been served and no further service is permitted without leave of court, good cause having been shown

1

1  under Federal Rule of Civil Procedure 16(b).
2              II.   JOINDER OF PARTIES/AMENDMENTS
3              No further joinder of parties or amendments to
4  pleadings will be permitted except with leave of court, good
5  cause having been shown under Federal Rule of Civil Procedure
6  16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604
7  (9th Cir. 1992).
8              III.  JURISDICTION/VENUE
9              Jurisdiction is predicated upon federal question
10 jurisdiction, 28 U.S.C. § 1331, because plaintiff's claims arise
11 under the Lanham Act, 15 U.S.C. § 1051 et seq.  Venue is
12 undisputed and is hereby found to be proper.
13             IV.   DISCOVERY
14             The parties shall serve initial disclosures required by
15 Federal Rule of Civil Procedure by October 15, 2012.
16             Plaintiff shall disclose experts and produce reports in
17 accordance with Federal Rule of Civil Procedure 26(a)(2) by no
18 later than March 15, 2013.  Defendants shall disclose experts and
19 produce reports in accordance with Federal Rule of Civil
20 Procedure 26(a)(2) by no later than April 26, 2013.  With regard
21 to expert testimony intended solely for rebuttal, those experts
22 shall be disclosed and reports produced in accordance with
23 Federal Rule of Civil Procedure 26(a)(2) on or before June 7,
24 2013.
25             All discovery, including depositions for preservation
26 of testimony, is left open, save and except that it shall be so
27 conducted as to be completed by July 19, 2013.  The word
28 "completed" means that all discovery shall have been conducted so

that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.  All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than July 19, 2013.

### V.   MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before August 30, 2013.  All motions shall be noticed for the next available hearing date.  Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

### VI.   FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for December 9, 2013, at 2:00 p.m. in Courtroom No. 5.  The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 281 and 282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 281(b), the parties are to provide the court with: (1) a plain, concise statement which

identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto. If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

## VII. TRIAL SETTING

The jury trial is set for February 4, 2014 at 9:00 a.m. The parties estimate that the trial will last four court days.

## VIII. SETTLEMENT CONFERENCE & VDRP

The parties have expressed an interest in pursuing the Voluntary Dispute Resolution Program, which the parties may pursue pursuant to Eastern District Local Rule 271(c)(3).

A Settlement Conference will be set at the time of the Pretrial Conference. All parties should be prepared to advise the court whether they will stipulate to the trial judge acting as settlement judge and waive disqualification by virtue thereof.

Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms. At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge. If the settlement

1 judge is not the trial judge, the Settlement Conference
2 Statements shall not be filed and will not otherwise be disclosed
3 to the trial judge.
4       IX.   MODIFICATIONS TO SCHEDULING ORDER
5       Any requests to modify the dates or terms of this
6 Scheduling Order, except requests to change the date of the
7 trial, may be heard and decided by the assigned Magistrate Judge.
8 All requests to change the trial date shall be heard and decided
9 only by the undersigned judge.
10 DATED: October 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE